UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOM SOUZA<br>　　　*Plaintiff,*<br><br>v.<br><br>CHEVRON HOLDINGS LTD.<br>　　　*Defendant.* | :<br>:<br>:<br>:<br>:　C.A. No. 1:22-cv-11372<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

Defendant, Chervon Holdings Ltd, improperly spelled "Chevron" in the Complaint, files this Notice of Removal of this action from Barnstable Superior Court, Barnstable County, State of Massachusetts, to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of its Notice of Removal, Chervon Holding Ltd states as follows:

### INTRODUCTION

1. On or about May 17, 2022, the Plaintiff filed an action styled *Tom Souza v. Chevron Holdings LTD*, civil action number 2272CV00198, in Barnstable County, Massachusetts Superior Court. *See Exhibit A*, Summons and Complaint.

2. Plaintiff's Complaint alleges product-liability claims with counts of negligence, breach of warranty, defective design, failure to warn, and strict liability for alleged damages as a result of his use of an EGO Power+ Hedge Trimmer. *Exhibit A*.

3. The Plaintiff alleges that he sustained serious, permanent, and disabling personal injuries as a result of this defective product. *Exhibit A*.

4. The Complaint alleges that Chervon Holdings Ltd was engaged in the design, development, assembly, manufacture, testing, inspection, packaging, promotion, advertising, marketing, and sale of the subject hedge trimmers. *Exhibit A*.

5. On July 26, 2022, the Plaintiff sent to Chervon North America, Inc. a summons and copy of the Complaint by certified mail, return receipt requested, which was addressed to Chervon Holdings Ltd. *Exhibit A*.

6. Upon information and belief, Chervon North America, Inc. received the summons and Complaint on August 1, 2022.

7. Chervon Holdings Ltd states that proper service has not been made on Chervon Holdings Ltd. Notwithstanding this position and without waiving its right to raise this defense, Chervon Holdings Ltd files this Notice of Removal within 30 days of receipt of the summons and Complaint which purport to make such service.

8. Accordingly, this Notice of Removal is being filed within the time period required under 28 U.S.C. § 1446(b)(1).

## GROUNDS FOR REMOVAL

**I.    Complete Diversity of Citizenship Exists Between the Plaintiff and Named Chervon Defendant, and the Served Chervon Entity.**

1. The Plaintiff resides in Falmouth, Barnstable County, Massachusetts. *Exhibit A*.

2. The named Defendant, Chervon Holdings Ltd, is a Chinese limited liability company with a principal place of business of 99 Tianyuan West Road Jiangning Eco Tech Dvpt Nanjing, JS China, 211106.

3. Chervon Holdings Ltd discloses the following individuals as the Directors of Chervon Holdings Ltd:

    a. Mr. PAN Longquan, Unit 7E, HanFu Ya Yuan, Xuanwu Dist, Nanjing, China

    b. Ms. ZHANG Tong, Block 52, No.8 Jiangjun Ave, Jiangning Dist, Nanjing, China

    c. Mr. KE Zuqian, Building 3, Jingui Garden, Mandarin Hill, Jiangning Dist, Nanjing, China

    d. Mr. Michael John Clancy, 29307 N. Tortuga Trail Court, Rio Verde, AZ 85263, USA

    e. Mr. TIAN Ming, Room 1803 of Building 2, Fengfu Rd, Baixia Dist, Nanjing, China

    f. Dr. LI Minghui, Room 204 of Building 28, No.3 Xikang Rd, Gulou Dist, Nanjing, China

    g. Mr. JIANG Li, Room 2706, No.81 Zhongshan Rd, Gulou Dist, Nanjing, China

4. The served entity, Chervon North America, Inc., is incorporated in Illinois with a principal place of business of 1203 E Warrenville Road, Naperville, Illinois.

5. Nanjing Chervon Industry Co. Ltd., the entity which designed and manufactured the EGO Power+ Hedge Trimmer, is a Chinese limited liability company with a principal place of business of 159 Jiangjun Blvd, Jiangning District, Nanjing, Jiangsu, China, 211102.

6. Nanjing Chervon Industry Co. Ltd. discloses the following individuals as the Directors of Nanjing Chervon Industry Co. Ltd.

    a. Mr. PAN Longquan, Unit 7E, HanFu Ya Yuan, Xuanwu Dist, Nanjing, China

    b. Ms. ZHANG Tong, Block 52, No.8 Jiangjun Ave, Jiangning Dist, Nanjing, China

    c. Mr. KE Zuqian, Building 3, Jingui Garden, Mandarin Hill, Jiangning Dist, Nanjing, China

    d. Mr. HU Yian, Room 102, Building 5, Renheng River Bay City Phase I, No.198 Leshan Rd, Jianye Dist, Nanjing, China

7. Accordingly, complete diversity exists between the Plaintiff and the named Chervon Defendant, and the Chervon entity to which the summons and Complaint was mailed.

## II.    The Amount in Controversy is Satisfied

1. The Plaintiff alleges that he sustained serious, permanent, and disabling injuries to his hand as a result of this defective production. *Exhibit A*.

2. The Plaintiff alleges he has had extensive medical care and treatment including surgery. His quality of life has been adversely affected. He does not enjoy life as he did prior to the occurrence. *Exhibit A*.

3. The Plaintiff's civil action cover sheet alleges damages of $538,485.67 ($38.485.67 in hospital expenses and $500,000 for pain and suffering). *Exhibit A*.

4. Upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds seventy-five thousand dollars ($75,000) based upon the Plaintiff's alleged medical expenses and the alleged severity of his personal injuries from the alleged incident.

## III.   Defendant Has Met the Procedural Requirements for Removal.

1. This Notice of Removal is within 30 days of the receipt of any purported service on Chervon Holdings Ltd, and therefore Chervon Holding Ltd's removal of the civil action is timely under 28 U.S.C. § 1446(b)(1).

2. A copy of this Notice of Removal will be filed with the Clerk of the Barnstable Superior Court and served on counsel of record for the Plaintiff pursuant to 28 U.S.C. § 1446(d). *See Exhibit B*, State Court Notice of Removal.

## NON-WAIVER OF DEFENSES

1. By removing this action, Chervon Holdings Ltd, Chervon North America, Inc., and Nanjing Chervon Industry Co. Ltd. do not waive any defenses available to it in federal or state court, and expressly reserve the right to assert all such defenses, including but not limited to lack of personal jurisdiction and insufficient service of process, in any responsive pleading.

2. Chervon Holdings Ltd, Chervon North America, Inc., and Nanjing Chervon Industry Co. Ltd. expressly reserve the right to move for dismissal of the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. By removing this action from Barnstable Superior Court, Massachusetts, Chervon Holdings Ltd, Chervon North America, Inc., and Nanjing Chervon Industry Co. Ltd. do not admit any of the allegations in Plaintiff's Complaint. Nothing in this Notice of Removal shall be construed as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WHEREFORE, Chervon Holdings Ltd respectfully requests removal of the above-captioned matter from the Barnstable Superior Court, Massachusetts, to the United States District Court for the District of Massachusetts.

DATED:   August 25, 2022

                                               Respectfully Submitted,

                                               The Defendant
                                               **CHERVON HOLDINGS LTD**
                                               By its Attorneys,

                                               CAMPBELL CONROY & O'NEIL, P.C.

                                               */s/ Emily D. Amrhein*
                                               James M. Campbell, BBO #541882
                                               jmcampbell@campbell-trial-lawyers.com
                                               Adam A. Larson, BBO #541882
                                               alarson@campbell-trial-lawyers.com
                                               Emily D. Amrhein, BBO #685407
                                               eamrhein@campbell-trial-lawyers.com
                                               20 City Square, Suite 300
                                               Boston, MA 02129
                                               T: (617) 241-3000

## **CERTIFICATE OF SERVICE**

      I, Emily D. Amrhein, counsel for the defendant, Chervon Holdings Ltd, certify that on this 25th day of August 2022, I electronically filed the foregoing, *Notice of Removal*, with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF. Said document was also sent via U.S. First Class Mail and Electronic Mail to the following counsel of record:

Ross B. Greenstein, Esq.
Jason Stone Injury Lawyers
225 Friend Street, Suite 102
Boston, MA 02114
rbg@stoneinjury.com

                                                            */s/ Emily D. Amrhein*
                                                            Emily D. Amrhein